AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Dustin Gaines | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     4:13-cv-185-SB |
| Sgt H. Sims | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the

amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___

%, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant

*(name)* _____ recover costs from the plaintiff *(name)* _____

.

■   other: This case is dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil
         Procedure.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a
verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above
decision was reached.

■ decided by the Honorable Sol Blatt, Jr., United States District Judge. The court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   November 21, 2013                                *CLERK OF COURT*


                                                   s/Debbie Stokes
                                         _____
                                            *Signature of Clerk or Deputy Clerk*